AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Daniel Legette | ) | 3:20-mj-00084 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
NOV 18 [2020]
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/12/2020__ in the county of __Cabell__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Crack Cocaine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Det. David L. Malcomb, Huntington Police Dept.
Printed name and title

Sworn to before me and signed by reliable electronic means.

Date: November 18, 2020

_____
Judge's signature

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
Printed name and title